IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of | NO. 05-22349 |
| GLADYS FAYE MARES, | CHAPTER 13 |
| Debtor. | JUDGE A. BENJAMIN GOLDGAR |

## STATEMENT OF OUTSTANDING OBLIGATIONS

Now comes LITTON LOAN SERVICING, LP, SERVICER FOR U.S. BANK NATIONAL ASOCIATION, AS TRUSTEE FOR THE C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-RP1, its successors and/or assigns (hereinafter referred to as "LITTON"), a creditor herein, by TERRI M. LONG, its attorney, and files this Statement of Outstanding Obligations:

1. That on June 6, 2005, the Debtor herein filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. That LITTON is a creditor of the Debtor with respect to a certain mortgage upon real estate, with a common address of 39395 N. Lewis Avenue, Zion, Illinois 60099.

3. That, on May 19, 2011 the trustee filed and served a Notice of Payment of Final Mortgage Cure Amount Under Paragraph B(2)(b) of Plan.

4. That, as of this date, creditor's records still reflect a balance of $4,640.19, due to post-petition escrow advances.

5. That this statement is filed in response to trustee's notice and is intended to comply with the requirements set forth in said notice.

Respectively Submitted,

/s/ Terri M. Long
TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
18201 Morris Avenue
Homewood, Illinois 60430
Phone: (708) 922-3301 Fax: (708) 922-3302
Atty. for LITTON LOAN SERVICING, LP, its Successors and/or Assigns